FILED
April 16, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:13-mj-00124-EFB
Plaintiff, )
v. )
)  ORDER FOR RELEASE OF
LUIS MAGANA, )  PERSON IN CUSTODY
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release LUIS MAGANA, Case No. 2:13-mj-00124-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $100,000.00.

    ___ Unsecured Appearance Bond

    _X_ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 4/16/2013 at 2:29 P.M.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge