TIM F. TUITAVUKI SBN212886
LAW OFFICE OF TIM F. TUITAVUKI
215 N. SAN JOAQUIN STREET
STOCKTON, CA  95202
TEL. (209)476-1590
FAX. (209)476-1549

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CASE NO.  2:13-CR-0166 LKK |
|             Plaintiff,     ) | |
|                     ) | STIPULATION AND |
|    v.                   ) | ORDER TO EXCLUDE TIME |
|                     ) | |
| LUIS MAGANA, and        ) | |
| JUVENAL JUNEZ, and     ) | |
| ERIK MORENO           ) | |
|                     ) | |
|           Defendants.   ) | |
|                     ) | |
| _____) | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through their counsels of record, hereby stipulate as follows:

1.  The parties are set to appear on September 4, 2013 at 9:15 a.m. for status.  By this stipulation, the defendants now move to continue the status conference until October 22, 2013, and to exclude time between September 4, 2013 to October 22, 2013.  Based on the amount of discovery so far provided, counsel for defendants need additional time to properly prepare a defense.  Counsel for the defendants believe that failure to grant the above

requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the Government does not object to the continuance.

2. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

3. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 4, 2013 to October 22, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4,

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

///

because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

                                        Respectfully Submitted,


                                        ___/s/ authorized 8/30/13_____
Dated:  August 30, 2013                 TIM F. TUITAVUKI
                                        Attorney for Luis Magana


                                        ___/s/ authorized 8/30/13_____
Dated:  August 30, 2013                 MARYANN BIRD
                                        Attorney for Juvenal Junez


                                        ___/s/ authorized 8/30/13_____
Dated:  August 30, 2013                 MICHAEL PETRIK
                                        Attorney for Erik Moreno


                                        __/s/ authorized 8/30/13_____
Dated:  August 30, 2013                 CHRISTIAAN HIGHSMITH
                                        Assistant U.S. Attorney


IT IS SO ORDERED.

DATE: September 3, 2013

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

3