Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CSB 154402
Mary Ann F. Bird, CSB 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone     209.478.9950
Facsimile      209.478.9954
Attorneys for Defendant JUVENAL JUNEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS MAGANA, JUVENAL JUNEZ,<br><br>ERIK MORENO<br><br>Defendant | Case No.: 2:13-CR-0166 LKK<br><br>STIPULATION AND ORDER TO |

### STIPULATION

Plaintiff, United States of America, by and through its counsel of record, and the defendants, by and through their counsels of record, hereby stipulate as follows:

1. The parties are set to appear on October 22, 2013 at 9:15 a.m. for status. By this stipulation, the defendants now move to continue status conference until December 3, 2013 and to exclude time from October 22, 2013 to December 3, 2013. Based on the amount of discovery so far provided, counsel for defendants need additional time to properly prepare a defense. Counsel for the defendants believe that failure to grant the

BIRD & VAN DYKE, INC.
STIPULATION AND ORDER EXCLUDING TIME
PAGE: 1

above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the Government does not object to the continuance.

2. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act.

3. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq, within which trial must commence, the time period of October 22, 2103 to December 3, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.                           Respectfully submitted,

Dated: October 18, 2013                        ___/s/ authorized 10/18/13_____
                                               MARY ANN F. BIRD
                                               Attorney for Juvenal Junez

Dated: October 18, 2013                        ___/s/ authorized 10/18/13_____
                                               TIM F. TIUTAVUKI
                                               Attorney for Luis Magana

Dated: October 18, 2013                        ___/s/ authorized 10/18/13_____
                                               MICHAEL PETRIK
                                               Assistant Federal Defender
                                               Attorney for Erik Moreno

BIRD & VAN DYKE, INC.
STIPULATION AND ORDER EXCLUDING TIME
PAGE: 2

Dated: October 18, 2013                    ___/s/ authorized 10/18/13_____
                                           CHRISTIAAN HIGHSMITH
                                           Assistant United States Attorney

IT IS SO ORDERED.

DATE: October 21, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

BIRD & VAN DYKE, INC.
STIPULATION AND ORDER EXCLUDING TIME
PAGE: 3