BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-166 LKK |
|---|---|
| Plaintiff, | ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| LUIS MAGANA, | DATE: December 17, 2013 |
| Defendant. | TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |

On December 17, 2013, the Court held a status conference in this case. Assistant United States Attorney Christiaan Highsmith appeared on behalf of plaintiff, the United States of America. Tim Tuitavuki appeared with defendant Luis Magana, who was present and out of custody.

This Court granted a continuance for an entry of plea to January 7, 2014, at 9:15 a.m.

Having found that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER RE: SCHEDULING STATUS CONFERENCE AND
EXCLUDING TIME

1

1  Act, the Court therefore excluded time from December 17, 2013, to, and including, January 7, 2014,
2  from computation of time within which the trial of this matter must be commenced, pursuant to Local
3  Code T4.
4  Dated: December 18, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT